819 A.2d 395

IN THE MATTER OF WILLIAM L. NASH,
II, AN ATTORNEY AT LAW.

April 8, 2003.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **WILLIAM L. NASH, II,** of **NEWARK,** who was admitted to the bar of this State in 1982, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **WILLIAM L. NASH, II,** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **WILLIAM L. NASH, II,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **WILLIAM L. NASH, II,** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.